No. 81–203.   ARIZA-IBARRA ET AL. v. UNITED STATES.
C. A. 1st Cir.   Certiorari denied.   ■

No. 81–210.   OHIO v. PETERSON, LOWRY, RALL, BARBER
& ROSS ET AL.   C. A. 10th Cir.   Certiorari denied.   ■

No. 81–220.   KINGSBURY v. GUAM.   C. A. 9th Cir.   Certiorari denied.   ■

No. 81–227.   HALPRIN ET AL. v. NEW YORK CITY CONCILIATION AND APPEALS BOARD ET AL.   C. A. 2d Cir.   Certiorari denied.   ■

No. 81–230.   ROBINSON v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.   ■

No. 81–232.   MATHERS ET AL. v. MORRIS, MARYLAND
STATE ADMINISTRATOR OF ELECTION LAWS, ET AL.   C. A.
4th Cir.   Certiorari denied.   ■

No. 81–243.   SILVERTON v. REGAN, SECRETARY OF THE
TREASURY, ET AL.   C. A. 9th Cir.   Certiorari denied.   ■

No. 81–246.   KANIA v. UNITED STATES.   Ct. Cl.   Certiorari denied.   ■

No. 81–248.   WAYS & MEANS, INC., ET AL. v. IVAC
CORP.   C. A. 9th Cir.   Certiorari denied.   ■

No. 81–251.   CIACCIO v. CITY OF DENISON.   C. A. 5th
Cir.   Certiorari denied.   ■

No. 81–252.   MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC. v. DUNCAN.   C. A. 5th Cir.   Certiorari denied.   ■